UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASEY HAYES PERRY,

    Plaintiff,

v.

MARY BUSH,

    Defendant.
_____/

Case No. 1:17-cv-927

HON. JANET T. NEFF

## ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant filed a motion for summary judgment (ECF No. 33). Plaintiff filed a motion for default judgment (ECF No. 38) and a motion for summary judgment (ECF No. 40). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 22, 2019, recommending that this Court grant Defendant's motion, deny Plaintiff's motions, and terminate this matter. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 46) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 33) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 38) and Motion for Summary Judgment (ECF No. 40) are DENIED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated: March 15, 2019                                          /s/ Janet T. Neff
                                                               JANET T. NEFF
                                                               United States District Judge